# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. 20-MJ-2227     Date 4-24-20

USAO No. 2020R00288

The Government respectfully requests the Court to dismiss without prejudice the ✓ Complaint ___ Removal Proceedings in

*United States v.* Franklin Vasquez Rodriguez

The Complaint/~~Rule 40 Affidavit~~ was filed on February 26, 2020

✓ U.S. Marshals please withdraw warrant.

/s/ Fidd

ASSISTANT UNITED STATES ATTORNEY
Jacob Fiddelman
(Print name)

**SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

4/27/2020
DATE

Distribution:   White → Court     Yellow → U.S. Marshals     Green → Pretrial Services     Pink → AUSA Copy